TRULINCS 43263112 - YAGMAN, STEPHEN - Unit: LOS-F-S

---

FROM: 43263112
TO:
SUBJECT: DONNA Y. THOMAS
DATE: 9/22/2010 1:20:36 PM

STEPHEN YAGMAN, 43263-112
Box 1500
Los Angeles, CA 90053

Sept. 22, 2010

Donna Y. Thomas, Deputy Clerk
Room 640
255 East Temple Street
Los Angeles, CA 90012

Re: Yagman v. Meinberg, CV-10-05860-SVW(CW)

Dear Ms. Thomas:

I don't know whether I routinely will be brought over to the court for the Sept. 30, 10:00 a.m. hearing in my case, because it is a civil case and I am a prisoner. So, I am writing to try to insure that an order will have been issued directly my respondent, who has me in his custody, to produce me to the hearing. Thanks.

Very truly yours,

/s/ STEPHEN YAGMAN

FILED
CLERK, U.S. DISTRICT COURT
SEP 24 2010
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY