UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5860 SVW (CW) | Date | October 4, 2010 |
|---|---|---|---|
| Title | Stephen Yagman v. Erwin Meinberg | | |

| Present: The Honorable | Carla M. Woehrle, United States Magistrate Judge | |
|---|---|---|
| Donna Y. Thomas | n/a | C.S. 10/4/10 |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephen Yagman (pro se) | Eliezer Ben-Schmuel |

**Proceedings:**   Hearing re: Respondent's motion to dismiss (docket no. 5), Petitioner's motion for bail (docket no. 10), and Petitioner's motion for sanctions (docket no. 27).

1. Petitioner's motion for bail (docket no. 10, filed August 9, 2010) is **WITHDRAWN**.

2. Petitioner's motion for sanctions (docket no. 27, filed August 24, 2010) is **DENIED**.

3. Respondent's motion to dismiss (docket no. 5, filed August 11, 2010) is **DENIED**.

4. Respondent's answer shall be filed on or before October 7, 2010, and shall address the merits of the petition and the question of Petitioner's place of confinement during the pendency of the petition.

5. Petitioner's reply shall be filed on or before October 14, 2010.

6. When briefing is complete the court will issue further orders as appropriate.

cc:   Petitioner and Counsel of Record