# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN YAGMAN, | ) | No. CV 10-5860-SVW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ERWIN MEINBERG, Acting Warden, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is **GRANTED** in the form of a declaratory judgment that Petitioner was denied due process of law in the July 2010 disciplinary proceeding challenged in the petition and that the decision resulting from that proceeding was invalid.

DATED: September 27, 2012

STEPHEN V. WILSON
United States District Judge